# Court of Appeals of the State of Georgia

ATLANTA,  March 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1318.  ROBERT HOFFLER v. THE STATE.**

A jury found Robert Hoffler guilty of malice murder and other offenses, and the Supreme Court affirmed the denial of his motion for a new trial on direct appeal. *Hoffler v. State*, 292 Ga. 537 (739 SE2d 362) (2013).  In November 2016, Hoffler filed a "Motion for an Out-of-time Appeal on a Motion to Vacate a Void Indictment on Counsel's Ineffective[] Assistance and State Overreaching."  After the trial court denied Hoffler's motion, he appealed to this Court.  We lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Hoffler's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*